UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                               Case No. 17-18900-EPK

ALFRED ANGELO NEWCO, INC. ,                          Chapter 7

    Debtor.
_____/

### TRUSTEE'S MOTION FOR JOINT ADMINISTRATION

Margaret J. Smith, the Chapter 7 Trustee (the "**Trustee**"), for the bankruptcy estates of AA Florida Bridal Retail Company, LLC ("**Alfred Angelo**")[1] and Alfred Angelo – The Bride's Studio No. 3, Inc.; AA Bridal, LLC; AA Bridal Northeast, LLC; AA Bridal Midwest, LLC; AA Bridal Nebraska, LLC; Alfred Angelo Newco, Inc.; Alfred Angelo (Australia) Pty, Ltd.; Alfred Angelo Canada ULC; Alfred Angelo Investment China I; Alfred Angelo Investment China III; Alfred Angelo Investment Company, Limited (Hong Kong); BridesMart, LP; DJ Fashions, LLC; Hacienda Brides; PF International, Inc.; Piccione Fashions Ltd.; Piccione Fashions UK LTD; and Zhuhai Haiping Wedding DRESS Design LTD (collectively, the "**Affiliated Debtors**"), by and through undersigned counsel and pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Local Rule 1015-1(A)(2)(b), files this Motion for Joint Administration (the "**Motion**"), and in support, the Trustee states as follows:

### JURISDICTION AND VENUE

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

---

[1] A schedule of the Case Numbers associated with each of the Debtors is attached hereto as **Exhibit "B."**

2. The statutory predicate for the relief sought herein is section 105(a) of the Bankruptcy Code, as complemented by Bankruptcy Rule 1015(b).

## BACKGROUND

3. On July 14, 2017, Alfred Angelo filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

4. On the same date, the Affiliated Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

5. Margaret J. Smith is the duly appointed Chapter 7 Trustee of Alfred Angelo and the Affiliated Debtors' bankruptcy estates (jointly, the "Debtors").

6. All of the Debtors are affiliates as such term is defined under 11 U.S.C. Section 101(2) and several creditors allege secured claims against all of the Debtors' estates including, *inter alia*: (i) FSJC V, LLC; and (ii) Financial Transaction Services, LLC.

## RELIEF REQUESTED

7. Through this Motion, the Trustee seeks the entry of an Order for Joint Administration of the cases for procedural purposes only.

## LEGAL ARGUMENT

8. Bankruptcy Rule 1015(b) provides in relevant part that [i]f a joint petition or two or more petitions are pending in the same court by or against … a debtor and an affiliate, the court may order a joint administration of the estates.

9. The Debtors are "affiliates" as that terms is defined in Section 101(2) of the Code. Bankruptcy Rule 1015 provides for the fair and efficient administration of multiple cases of affiliated debtors, like here, while protecting the rights of individual creditors. *See In re PL Liquidation Corp.*, 305 B.R. 629, 633 (Bankr. D. Del. 2004).

10. According to the notes of the Advisory Committee on the Bankruptcy Rules, joint administration may include combining the debtors' estates by using a single docket for matters occurring in the administration thereof, including the listing of filed claims, the combining of notices to creditors of the different estates, and the joint handling of other pending administrative matters "that may aid in expedition of the cases and rendering the process less costly."

11. Most, if not all, of the applications, notices and orders to be filed with the Court will affect all of the Debtors and their respective creditors. It would be an unnecessary burden on this Court and the Clerk's office to maintain separate dockets for each of the affiliated Debtors. Joint administration facilitates an orderly and efficient administration thereof.

12. The Trustee requests that the official caption to be used by all parties in all pleadings in the jointly administered cases be as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE:                                                                                          Case No. 17-18864-PGH
                                                                                                         Chapter 7
AA FLORIDA BRIDAL RETAIL                                                    (Jointly Administered)
COMPANY, LLC, *et al.*,

   Debtors.
_____/

13. This simplified caption will eliminate cumbersome and confusing procedures and ensure a uniformity of pleading identification.

14. Pursuant to the requirements of Local Rule 1015-1(A), the Trustee states that joint administration will not give rise to any conflict of interest among the estates of the Debtors. The rights of the respective creditors of the Debtors will not be adversely affected by joint

administration of these cases because the relief sought is purely procedural and not intended to affect substantive rights. Each creditor and party in interest will maintain whatever claims or rights it allegedly has against a particular estate. Moreover, creditors will benefit from joint administration because it will prevent different and duplicative efforts, and will provide an efficient means of administering the cases.

15. Finally, the Court will be relieved of the burden of scheduling duplicative hearings, entering duplicative orders and maintaining redundant files.

16. The Trustee also seeks the Court's direction that a notation substantially similar to the following notation be entered in the docket of each of the cases to reflect the joint administration of the cases:

> An order had been entered in this case directing joint administration of the following cases for procedural purposes only: *(i)* AA Florida Bridal Retail Company, LLC, Case No. 17-18864-PGH; *(ii)* Alfred Angelo – The Bride's Studio No. 3, Inc., Case No. 17-18871-PGH; *(iii)* AA Bridal, LLC, Case No. 17-18877-EPK; *(iv)* AA Bridal Northeast, LLC, Case No. 17-18874-PGH; *(v)* AA Bridal Midwest, LLC, Case No. 17-18873-EPK; *(vi)* AA Bridal Nebraska, LLC, Case No. 17-18883-PGH; *(vii)* Alfred Angelo Newco, Inc., Case No. 17-18900-EPK; *(viii)* Alfred Angelo (Australia) Pty, Ltd., Case No. 17-18884-EPK; *(ix)* Alfred Angelo Canada ULC, Case No. 17-18886-EPK; *(x)* Alfred Angelo Investment China I, Case No. 17-18887-EPK; *(xi)* Alfred Angelo Investment China III, Case No. 17-18888-PGH; *(xii)* Alfred Angelo Investment Company, Limited (Hong Kong), Case No. 18898-EPK; *(xiii)* BridesMart, LP, Case No. 17-18879-EPK; *(xiv)* DJ Fashions, LLC, Case No. 17-18882-EPK; *(xv)* Hacienda Brides, Case No. 17-18881-PGH; *(xvi)* PF International, Inc., Case No. 17-18891-EPK; *(xvii)* Piccione Fashions Ltd., Case No. 17-18892-PGH; *(xviii)* Piccione Fashions UK LTD, Case No. 17-18894-PGH; and *(xix)* Zhuhai Haiping Wedding DRESS Design LTD, Case No. 17-18896-PGH. The docket AA Florida Bridal Retail Company, LLC, Case No. 17-18864-PGH should be consulted for all matters affecting this case.

17. No previous request for the relief sought in this Motion has been made to this or any other court.

WHEREFORE, the Trustee respectfully requests the Court enter an order substantially in the form attached hereto as **Exhibit A**, and grant such other and further relief as is just and proper.

Respectfully submitted,

/s/ *Eyal Berger*
Eyal Berger, Esq.
Florida Bar Number: 0011069
Email: eyal.berger@akerman.com
AKERMAN LLP
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999
Phone: (954) 463-2700
Fax: (954) 463-2224

*Proposed Counsel to Trustee*

42333997;2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case as listed in the attached service list.

                                                  /s/ *Eyal Berger*
                                                  Eyal Berger, Esq.

## SERVICE LIST

**17-18900-EPK Notice will be electronically mailed to:**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Patricia A Redmond on behalf of Debtor Alfred Angelo Newco, Inc.
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese
@akingump.com

Margaret J. Smith
msmith@mjstrustee.com, FL32@ecfcbis.com;msams@mjstrustee.com;mjs@trustesolutions.net

42333997;2

# **EXHIBIT A**

42333997;2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                    Case No. 17-18900-EPK

ALFRED ANGELO NEWCO, INC. ,                               Chapter 7

    Debtor.
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S**
**MOTION FOR JOINT ADMINISTRATION**

**THIS MATTER** came before the Court on _____, pursuant to Federal Rule of Bankruptcy Procedure 1015 and Local Rule 1015-1(A)(2)(b), upon the Motion for Joint Administration (the "Motion") [ECF No. __], filed by Margaret J. Smith, in her capacity as the Chapter 7 Trustee (the "Trustee"), for the bankruptcy estates of AA FLORIDA BRIDAL RETAIL COMPANY, LLC ("Alfred Angelo") and ALFRED ANGELO – THE BRIDE'S STUDIO NO. 3, INC.; AA BRIDAL, LLC; AA BRIDAL NORTHEAST, LLC; AA BRIDAL

42333997;2

MIDWEST, LLC; AA BRIDAL NEBRASKA, LLC; ALFRED ANGELO NEWCO, INC.; ALFRED ANGELO (AUSTRALIA) PTY, LTD.; ALFRED ANGELO CANADA ULC; ALFRED ANGELO INVESTMENT CHINA I; ALFRED ANGELO INVESTMENT CHINA III; ALFRED ANGELO INVESTMENT COMPANY, LIMITED (HONG KONG); BRIDESMART, LP; DJ FASHIONS, LLC; HACIENDA BRIDES; PF INTERNATIONAL, INC.; PICCIONE FASHIONS LTD.; PICCIONE FASHIONS UK LTD; AND ZHUHAI HAIPING WEDDING DRESS DESIGN LTD (the "Affiliated Debtors" and with Alfred Angelo, the "Debtors"). The Court finds that good and sufficient notice of the Motion and the hearing have been provided; and the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors. Having reviewed the Motion and the record herein and good and sufficient cause exists for granting the relief requested, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The above-captioned bankruptcy cases shall be jointly administered. Case No. 17-18864-PGH is designated as the "lead case".

3. A single case docket and court file will be maintained under the "lead case" number.

4. Hearings in these jointly administered cases shall be joint hearings unless otherwise specified.

5. The style of these jointly administered cases shall be the style set forth below:

42333997;2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                      Case No. 17-18864-PGH
                                                            Chapter 7
AA FLORIDA BRIDAL RETAIL                                    (Jointly Administered)
COMPANY, LLC, *et al.*,

    Debtors.
_____/

    6.    Court papers filed in any case other than the lead case shall be captioned under the lead case name and case number, followed by the words ("Jointly Administered") and beneath that caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and the case number in which the claim is asserted. Separate claims registers shall be maintained for each case.

    7.    The trustee will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

    8.    A docket entry shall be made in each of the cases substantially as follows:

An order had been entered in this case directing joint administration of the following cases for procedural purposes only: *(i)* AA Florida Bridal Retail Company, LLC, Case No. 17-18864-PGH; *(ii)* Alfred Angelo – The Bride's Studio No. 3, Inc., Case No. 17-18871-PGH; *(iii)* AA Bridal, LLC, Case No. 17-18877-EPK; *(iv)* AA Bridal Northeast, LLC, Case No. 17-18874-PGH; *(v)* AA Bridal Midwest, LLC, Case No. 17-18873-EPK; *(vi)* AA Bridal Nebraska, LLC, Case No. 17-18883-PGH; *(vii)* Alfred Angelo Newco, Inc., Case No. 17-18900-EPK; *(viii)* Alfred Angelo (Australia) Pty, Ltd., Case No. 17-18884-EPK; *(ix)* Alfred Angelo Canada ULC, Case No. 17-18886-EPK; *(x)* Alfred Angelo Investment China I, Case No. 17-18887-EPK; *(xi)* Alfred Angelo Investment China III, Case No. 17-18888-PGH; *(xii)* Alfred Angelo Investment Company, Limited (Hong Kong), Case No. 18898-EPK; *(xiii)* BridesMart, LP, Case No. 17-18879-EPK; *(xiv)* DJ Fashions, LLC, Case No. 17-18882-EPK; *(xv)* Hacienda Brides, Case No. 17-18881-PGH; *(xvi)* PF International, Inc., Case No. 17-18891-EPK; *(xvii)* Piccione Fashions Ltd., Case No. 17-18892-PGH; *(xviii)* Piccione

Fashions UK LTD, Case No. 17-18894-PGH; and *(xix)* Zhuhai Haiping Wedding DRESS Design LTD, Case No. 17-18896-PGH. The docket AA Florida Bridal Retail Company, LLC, Case No. 17-18864-PGH should be consulted for all matters affecting this case.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

Submitted by:

**AKERMAN, LLP**
Eyal Berger, Esq.
eyal.berger@akerman.com
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999
Phone: (954) 463-2700
Fax: (954) 463-2224
*Proposed Counsel to the Chapter 7 Trustee*

*(Attorney Berger shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*

42333997;2

# **EXHIBIT B**

| | |
|---|---|
| AA Florida Bridal Retail Company, LLC | 17-18864-PGH |
| Alfred Angelo - The Bride's Studio | 17-18871-PGH |
| AA Bridal Midwest, LLC | 17-18873-EPK |
| AA Bridal Northeast, LLC | 17-18874-PGH |
| AA Bridal, LLC | 17-18877-EPK |
| BridesMart, LP | 17-18879-EPK |
| Hacienda Brides | 17-18881-PGH |
| DJ Fashions, LLC | 17-18882- EPK |
| AA Bridal Nebraska, LLC | 17-18883-PGH |
| Alfred Angelo (Australia) Ptd, Ltd. | 17-18884-EPK |
| Alfred Angelo Canada UCL | 17-18886-EPK |
| Alfred Angelo Investment China I | 17-18887-EPK |
| Alfred Angelo Investment China III | 17-18888-PGH |
| PF International, Inc. | 17-18891-EPK |
| Piccione Fashions Ltd. | 17-18892-PGH |
| Piccione Fashions UK LTD | 17-18894-PGH |
| Zhuhai Haiping Wedding DRESS Design LTD | 17-18896-PGH |
| Alfred Angelo Investment Company, Limited (Hong Kong) | 17-18898-EPK |
| Alfred Angelo Newco, Inc. | 17-18900-EPK |