

ORDERED in the Southern District of Florida on July 19, 2017.

Erik P. Kimball, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                         Case No. 17-18900-EPK

ALFRED ANGELO NEWCO, INC. ,             Chapter 7

    Debtor.

_____/

### ORDER GRANTING CHAPTER 7 TRUSTEE'S
### MOTION FOR JOINT ADMINISTRATION

**THIS MATTER** came before the Court pursuant to Federal Rule of Bankruptcy Procedure 1015 and Local Rule 1015-1(A)(2)(b), upon the Motion for Joint Administration (the "Motion") [ECF No. 6], filed by Margaret J. Smith, in her capacity as the Chapter 7 Trustee (the "Trustee"), for the bankruptcy estates of AA FLORIDA BRIDAL RETAIL COMPANY, LLC ("Alfred Angelo") and ALFRED ANGELO – THE BRIDE'S STUDIO NO. 3, INC.; AA BRIDAL, LLC; AA BRIDAL NORTHEAST, LLC; AA BRIDAL MIDWEST, LLC; AA

42333997;2

BRIDAL NEBRASKA, LLC; ALFRED ANGELO NEWCO, INC.; ALFRED ANGELO (AUSTRALIA) PTY, LTD.; ALFRED ANGELO CANADA ULC; ALFRED ANGELO INVESTMENT CHINA I; ALFRED ANGELO INVESTMENT CHINA III; ALFRED ANGELO INVESTMENT COMPANY, LIMITED (HONG KONG); BRIDESMART, LP; DJ FASHIONS, LLC; HACIENDA BRIDES; PF INTERNATIONAL, INC.; PICCIONE FASHIONS LTD.; PICCIONE FASHIONS UK LTD; AND ZHUHAI HAIPING WEDDING DRESS DESIGN LTD (the "Affiliated Debtors" and with Alfred Angelo, the "Debtors"). The Court finds that good and sufficient notice of the Motion and the hearing have been provided; and the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors. Having reviewed the Motion and the record herein and good and sufficient cause exists for granting the relief requested, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The above-captioned bankruptcy cases shall be jointly administered. Case No. 17-18864-PGH is designated as the "lead case".

3. A single case docket and court file will be maintained under the "lead case" number.

4. Hearings in these jointly administered cases shall be joint hearings unless otherwise specified.

5. The style of these jointly administered cases shall be the style set forth below:

42333997;2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

AA FLORIDA BRIDAL RETAIL
COMPANY, LLC, *et al.*,

    Debtors.
_____/

Case No. 17-18864-PGH
Chapter 7
(Jointly Administered)

6.    Court papers filed in any case other than the lead case shall be captioned under the lead case name and case number, followed by the words ("Jointly Administered") and beneath that caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and the case number in which the claim is asserted. Separate claims registers shall be maintained for each case.

7.    The trustee will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

8.    A docket entry shall be made in each of the cases substantially as follows:

An order had been entered in this case directing joint administration of the following cases for procedural purposes only: *(i)* AA Florida Bridal Retail Company, LLC, Case No. 17-18864-PGH; *(ii)* Alfred Angelo – The Bride's Studio No. 3, Inc., Case No. 17-18871-PGH; *(iii)* AA Bridal, LLC, Case No. 17-18877-EPK; *(iv)* AA Bridal Northeast, LLC, Case No. 17-18874-PGH; *(v)* AA Bridal Midwest, LLC, Case No. 17-18873-EPK; *(vi)* AA Bridal Nebraska, LLC, Case No. 17-18883-PGH; *(vii)* Alfred Angelo Newco, Inc., Case No. 17-18900-EPK; *(viii)* Alfred Angelo (Australia) Pty, Ltd., Case No. 17-18884-EPK; *(ix)* Alfred Angelo Canada ULC, Case No. 17-18886-EPK; *(x)* Alfred Angelo Investment China I, Case No. 17-18887-EPK; *(xi)* Alfred Angelo Investment China III, Case No. 17-18888-PGH; *(xii)* Alfred Angelo Investment Company, Limited (Hong Kong), Case No. 18898-EPK; *(xiii)* BridesMart, LP, Case No. 17-18879-EPK; *(xiv)* DJ Fashions, LLC, Case No. 17-18882-EPK; *(xv)* Hacienda Brides, Case No. 17-18881-PGH; *(xvi)* PF International, Inc., Case No. 17-18891-EPK; *(xvii)* Piccione Fashions Ltd., Case No. 17-18892-PGH; *(xviii)* Piccione

42333997;2

Fashions UK LTD, Case No. 17-18894-PGH; and *(xix)* Zhuhai Haiping Wedding DRESS Design LTD, Case No. 17-18896-PGH. The docket AA Florida Bridal Retail Company, LLC, Case No. 17-18864-PGH should be consulted for all matters affecting this case.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

Submitted by:

**AKERMAN, LLP**
Eyal Berger, Esq.
eyal.berger@akerman.com
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999
Phone: (954) 463-2700
Fax: (954) 463-2224
*Proposed Counsel to the Chapter 7 Trustee*

*(Attorney Berger shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*

42333997;2